No. 86–6256. HENRY *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 86–6262. MCMICHAEL *v.* ROUSE, SUPERINTENDENT, LANCASTER CORRECTIONAL INSTITUTION, ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–6264. WORD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–6265. PEREZ-SANCHEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 86–6277. LANCASTER *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 86–6280. ALLEN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–6290. FREEMAN ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–6310. MENDEZ-ORTIZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–6335. JACKSON ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–6342. CAPOTE-MONTERREY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–1813. CITY OF RENSSELAER, NEW YORK, ET AL. *v.* FIACCO. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 86–776. U S WEST, INC. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.